UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/19/2025
```

LUDIN ARAUS, *Individually and on Behalf of Others Similarly Situated*,

      Plaintiff,

-against-

PRIMOS LIVE POULTRY INC. et al.,

      Defendants.

24-cv-1044 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

  IT IS HEREBY ORDERED that Plaintiff and the settling defendants shall file *Cheeks* review materials by March 4, 2025.

  IT IS FURTHER ORDERED that the conference that was previously scheduled to take place on February 20, 2025 is ADJOURNED to April 17, 2025 at 11:00 a.m. The parties shall file a joint letter and any pre-motion materials one week before the conference.

  The Clerk of Court respectfully is requested to terminate the motions at docket entries 61 and 63.

**SO ORDERED.**

**Date: February 19, 2025**
    **New York, NY**

*(signature)*
**MARY KAY VYSKOCIL**
**United States District Judge**