USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/4/2025

# CILENTI & COOPER, PLLC

ATTORNEYS AT LAW
60 East 42nd Street – 40th Floor
New York, New York 10165
_____
Telephone (212) 209-3933
Facsimile (212) 209-7102

April 4, 2025

**SECOND REQUEST**

**BY ECF**

Hon. Mary Kay Vyskocil, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *Araus v. Primos Live Poultry Inc., et al.*
              *Case No. 24-CV-1044 (MKV) (BCM)*

Dear Judge Vyskocil,

    We are counsel to the plaintiff in the above-referenced matter. A pretrial conference is scheduled on April 17, 2025, at 11:00 a.m. On February 20, 2025, plaintiff filed a motion for a short adjournment of the conference due to a scheduling conflict. That motion remains pending. The parties have conferred, and are available on April 22 or 29, or as soon thereafter that is convenient for the Court.

    No prior request for similar relief has been made and no other dates will be affected. We thank the Court for considering this application.

                        Respectfully submitted,

                        /s/ *Justin Cilenti*
                        Justin Cilenti

cc: Defense Counsel (by ECF)

---

**Granted. SO ORDERED.** The conference is ADJOURNED to May 5, 2025 at 11:30 a.m. No further adjournments. The Clerk of Court respectfully is requested to terminate ECF Nos. 67, 68, 71, and 72.

Date: April 4, 2025
New York, New York

*/s/ Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge