```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| LUDIN ARAUS, *Individually and on Behalf of Others Similarly Situated*, | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 5/19/2025 |
| Plaintiff, | 24-cv-1044 (MKV) |
| -against- | ORDER |
| PRIMOS LIVE POULTRY INC. et al., | |
| Defendants. | |

**MARY KAY VYSKOCIL**, United States District Judge:

IT IS HEREBY ORDERED that the parties shall file a joint status letter by July 9, 2025.

**SO ORDERED.**

Date: May 19, 2025
New York, NY

_____
**MARY KAY VYSKOCIL**
**United States District Judge**